**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 06-1015

_____

DEBBIE L. SIMPSON,

Plaintiff - Appellant,

versus

UNITED PARCEL SERVICE COMPANY,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Cameron McGowan Currie, District
Judge.   (CA-05-1500-3)

_____

Submitted: March 23, 2006                Decided: March 30, 2006

_____

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Debbie L. Simpson, Appellant Pro Se.  Allison Viscardi Richardson,
ALSTON & BIRD, Atlanta, Georgia, Meredith S. Jeffries, ALSTON &
BIRD, LLP, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Debbie L. Simpson appeals a district court judgment and order adopting the magistrate judge's report and recommendation and denying her motion for leave to file an amended complaint and dismissing her complaint. We have reviewed the record and the district court's order and affirm for the reasons of the district court. <u>See</u> <u>Simpson v. United Parcel Serv. Co.</u>, No. CA-05-1500-3 (D.S.C. Nov. 22, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>